# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MALDONADO AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HUNTINGTON PARK, HUNTINGTON PARK POLICE DEPARTMENT, COSME LOZANO in his individual and official capacities, and DOES 1-50<br><br>Defendants. | Case No. 2:21-cv-5755-AB-KSx<br><br>**INJUNCTION** |

Case No. 2:21-cv-5755-AB-KSx

INJUNCTION

Defendants City of Huntington Park, Huntington Park Police Department, Cosme Lozano in his individual and official capacities, and their employees, officers, and agents (collectively, "Defendants") are enjoined as follows:

**(1) <u>No-Bail Holds</u>**. Defendants shall not place a "no-bail hold" on any person as a result of having received a formal or informal request from U.S. Immigration and Customs Enforcement ("ICE") or another immigration enforcement agency. A "no bail hold" includes any designation—written or unwritten, formal or informal—that would prevent a person in Defendants' custody ("Detainee") from bailing out of custody. Defendants shall not discourage any Detainee from seeking release in response to any formal or informal communication from ICE.

**(2) <u>Extended Holds</u>**. Defendants shall not hold any Detainee longer than they otherwise would have as a result of having received a detainer request from ICE or another immigration enforcement agency.

**(3) <u>Agency Notification</u>**. Defendants shall not provide information to ICE or another immigration enforcement agency—whether by phone, fax, email, or otherwise—concerning the time or date that any Detainee is being released, or provide any other non-public information about any detainee, unless that information has been formally requested and Defendants determine in advance of providing it that an exception under California Gov't Code § 7282.5 applies. Defendants shall document each instance in which they provide such information, as required by California Gov't Code § 7283.1(c).

**(4) <u>Agency Transfer</u>**. Pursuant to Cal. Gov't Code § 7284.6, Defendants shall not transfer any Detainee to ICE or another immigration enforcement agency unless that transfer is authorized by a judicial warrant or judicial probable cause determination, or HPPD determines in advance of the transfer that an exception under California Gov't Code § 7282.5 applies. Defendants shall document each instance in which they transfer an inmate to ICE or another agency, as required by California Gov't Code § 7283.1(c).

**(5) Detainee Notification**. Upon receiving any hold, notification, or transfer request from ICE or another immigration enforcement agency, Defendants shall provide a copy of the request to the named individual and inform him or her whether Defendants intends to comply with the request, as required by California Gov't Code §7283.1(b). If Defendants notify the agency that an individual is being, or will be, released on a certain date, Defendants shall promptly provide the same notification in writing to the individual and to his or her attorney or to one additional person whom the individual shall be permitted to designate.

**(6) Community Forum**. The City of Huntington Park shall hold an annual community forum, as required by California Gov't Code § 7283.1(d). That forum shall be held in an accessible location and be open to the public. It shall also be held with at least 30 days' notice to provide information to the public about ICE's access to individuals and to receive and consider public comment. At the forum, the City shall provide any data HPPD maintains regarding the number and demographic characteristics of individuals to whom HPPD has provided ICE access, the date ICE access was provided, and whether the ICE access was provided through a hold, transfer, or notification request or through other means. The Huntington Park Police Department shall provide this information to the City annually for this purpose.

This injunction shall remain in effect for a period of five years, commencing on the day it is entered. The Court shall maintain jurisdiction over this matter while the injunction remains in effect.

**IT IS SO ORDERED**.

Dated: March 24, 2023

Honorable André Birotte Jr.
United States District Judge