# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MALDONADO AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HUNTINGTON PARK, HUNTINGTON PARK POLICE DEPARTMENT, COSME LOZANO in his individual and official capacities, and DOES 1-50<br><br>Defendants. | Case No. 2:21-cv-5755-AB-KSx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

Plaintiff Jose Luis Maldonado Aguilar ("Plaintiff") and Defendants City of Huntington Park, Huntington Park Police Department, and Cosme Lozano ("Defendants") filed a Joint Stipulation for Dismissal on September 19, 2023 (Dkt. #53). After reviewing the submission of counsel, and for good cause shown, this Court hereby **GRANTS** the Joint Stipulation. The case is hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the settlement agreement.

**IT IS SO ORDERED.**

Dated: September 28, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE